UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE SUBPOENA FOR DOCUMENTS
TO SHEET METAL WORKER,

Petitioner.

Case No.  26-mc-80155-SK

**SUA SPONTE ORDER OF REFERRAL**

Pursuant to Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Vince Chhabria to determine whether it is related to *In re: Roundup Products Liability Litigation*, Case No. 3:16-md-02741.

**IT IS SO ORDERED**.

Dated: May 18, 2026

SALLIE KIM
United States Magistrate Judge